UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DAVID WILLIAMS, MARK WOLENC, PATRICIA WELLHAUSEN, & ERICA SMITH, | ) | CA 07 416 S |
| Plaintiffs | ) | C. A. No. |
| v. | ) | |
| LEE GROSSI, as Acting Secy. of R.I. Executive Office of Health & Human Services & GARY ALEXANDER, as Director, R.I. Dept. of Human Services, Defendants | ) | |

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT OF ERICA SMITH**

I, Erica Smith, being duly sworn, depose and say that I am a plaintiff in the above-entitled case; that in support of my application to proceed without prepayment of fees, under 28 U.S.C. sec. 1915, I state that because of my poverty, I am unable to pay the filing fees or costs of said proceeding or to give security therefor; that I believe I am entitled to relief; and that the answers I give are true to the best of my belief.

1. Are you presently employed? Yes ( x ) No ( )

a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer.

**I just started a job about 3 weeks ago at a horse farm, earning $9/hour. the employer is Turning Point, Hope Valley, Rhode Island. It is part time, on weekends, and the hours vary week to week depending on their needs, but so far I have worked under 27 hrs/week since I started. I've received two paychecks, each about $240.**

b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

2.. Have you received within the past twelve months any money from any of the following sources?

a. Business, profession or form of self-employment? Yes ( X ) No ( )
b. Rent payments, interest or dividend? Yes ( ) No ( x )
c. Pensions, annuities or life insurance payments? Yes ( ) No ( x )

d. Gifts or inheritances? Yes ( ) No ( x )

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

**In 2007 I worked at minimum wage at 3 fast food places, each job was part time. None of these jobs lasted more than 3 weeks, because I couldn't handle them due to my illness. In 2006 I earned $5000 total for the year, again working at minimum wage and multiple fast food restaurants.**

2. Do you own any cash, or do you have money in a check or savings account?

Yes ( ) No ( x )

If the answer is "yes," state the total value of the items owned.

3. Do you own real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?

Yes (x) No ( )

If the answer is "yes," describe the property and state its approximate value.

**I own a 1996 Dodge Neon. I don't know its value but it isn't reliable and keeps breaking down.**

5. List the persons who are dependent upon you for support, state your relationship to them and identify amount of support you provide. **NONE**

6. **I live for free with a friend in his apartment. He pays most of the rent and utilities. Since i started working, I have paid about $200 total for rent and utilities, and I'm buying my food. I plan to pay about $100/month to him for rent and utilities if I keep working. I was getting food stamps until September and I'm not sure why they stopped but I'm trying to get them back. I owe $3000 to South County Hospital and I owe a bill to Westerly Hospital but I'm not sure of the amount. I am in regular mental health treatment, which is free because I can't afford to pay for it and have no insurance. Most of my medicine gets covered through the mental health center, but**

**I have to pay $30 toward my prescriptions. I don't have GPA or other health coverage. I'm trying to get back on my feet.**

I declare under penalty of perjury that the foregoing is true and correct.

Erica Smith

Subscribed and sworn to before me this 15 day of November, 2007 in the City of W. Kingston

Gretchen McBath

Notary Public
My Commission Expires: 9/12/09

## ORDER

That the applicant proceed without prepayment of costs or fees or the necessity of giving security therefor.

______________________________
US District Judge

Date: _______