UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| DAVID WILLIAMS, MARK WOLENC PATRICIA WELLHAUSEN, & ERICA SMITH | |
| Plaintiffs | C. A. No. CA 07 416 S |
| v. | |
| LEE GROSSI, as Acting Secy. of R.I. Executive Office of Health & Human Services & GARY ALEXANDER, as Dir., R.I. Dept. of Human Services, Defendants | |

APPLICATION & AFFIDAVIT OF DAVID WILLIAMS IN SUPPORT OF MOTION TO PROCEED WITHOUT PREPAYMENT OF FEES OR COSTS

I, DAVID WILLIAMS, being duly sworn, depose and say that I am a plaintiff in the above-entitled case; that in support of my motion, I state that because of my poverty, I am unable to pay the filing fees or costs of said proceeding or to give security therefor; that I believe I am entitled to relief; and that the answers I give are true to the best of my belief.

1. Are you presently employed? Yes ( ) No ( X )

a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer.

b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

See answer to # 2 below.

2. Have you received within the past twelve months any money from any of the following sources?

a. Business, profession or form of self-employment? Yes (x ) No ( )
b. Rent payments, interest or dividend? Yes ( ) No (x)
c. Pensions, annuities or life insurance payments? Yes ( )No ( x)
d. Gifts or inheritances? Yes ( x ) No ( )

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

**I have worked a couple pick-up jobs in 2007, most recently in July, when I earned $300 for painting. I earned about $200 in June powerwashing. Each job lasted only a few days. I was self-employed. In the past 12 months I have earned about $1200 total from self-employment type work.**

**I was on food stamps until September 2007 when they cut me off due to the 3 month limit. I live with a friend who sometimes gives me pocket money in exchange for doing errands because she can't drive.**

3. Do you own any cash, or do you have money in a check or savings account?

Yes (x) No ( ) **I have less than $10 in the bank.**

4. Do you own real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?

Yes ( X) No ( )

**I own a 1990 Chevy pickup, but I don't know its value.**

5. List the persons who are dependent upon you for support, state your relationship to them and identify amount of support you provide. **NONE**

6. **I am living currently with a friend in her house and because I have no income, she's letting me live rent-free and in exchange I drive her around or do errands for her occasionally. I have no medical insurance and no income. I haven't been able to get the medical treatment, including anti-pain injections, because I can't afford it. I still take medicine and have to pay $48/month for one and about $20 for the other, but I haven't been filling the other as much as I should. I can't do my regular trade (self-employed carpenter) because of my back problem and severe pain. I haven't been able to work full time since probably 2002 due to my back problem.**

I declare under penalty of perjury that the foregoing is true and correct.

David B. Williams

Subscribed and sworn to before me this 9 day of November, 2007 in the City of Providence.

[signature]

Notary Public

My Commission expires 7/12/07

**ORDER**

That the applicant proceed without prepayment of costs or fees or the necessity of giving security therefor.

______________________________
US District Judge

Date: _______