UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CA 07 416S

| | | |
|---|---|---|
| DAVID WILLIAMS, MARK WOLENC, PATRICIA WELLHAUSEN, & ERICA SMITH, Plaintiffs | ) | C. A. No. |
| v. | ) | |
| LEE GROSSI, as Acting Secy. of R.I. Executive Office of Health & Human Services & GARY ALEXANDER, as Director, R.I. Dept. of Human Services, Defendants | ) | |

APPLICATION AND
AFFIDAVIT OF PATRICIA WELLHAUSEN IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS

I, Patricia Wellhausen, being duly sworn, depose and say that I am a plaintiff in the above-entitled case; that in support of my motion, I state that because of my poverty, I am unable to pay the filing fees or costs of said proceeding or to give security therefor; that I believe I am entitled to relief; and that the answers I give are true to the best of my belief.

1. Are you presently employed? Yes ( ) No ( X )

a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer.

b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

**I last worked in 2005 as a CNA, earning about $14/hour at about 40 hours/week**.

2. Have you received within the past twelve months any money from any of the following sources?

a. Business, profession or form of self-employment? Yes ( ) No ( x )
b. Rent payments, interest or dividend? Yes ( ) No ( x )
c. Pensions, annuities or life insurance payments? Yes ( ) No ( x )
d. Gifts or inheritances? Yes ( ) No ( x )

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

**The only income I have received comes from food stamps.**

3. **I am homeless, although I stay sometimes at my daughter's house in Pawtucket. I receive food stamps and I get GPA medical, which covers only doctor visits and some medications. I applied in August for the $200/month "hardship" check from DHS, but I have never gotten any hardship money from them, so I guess I got denied, but have never received a notice about it from them. I have no valuable assets.**

4. Do you own any cash, or do you have money in a check or savings account?

Yes ( ) No ( x ) **I have no bank accounts.**

If the answer is "yes," state the total value of the items owned.

5. Do you own real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?

Yes ( X ) No ( )

If the answer is "yes," describe the property and state its approximate value.

**I own a 1991 Oldmobile Cutlass. I don't know the exact value, but it's not in very good shape and I would guess it is worth maybe $500.**

6. List the persons who are dependent upon you for support, state your relationship to them and identify amount of support you provide. **NONE**

7. **After I stopped working, I had to live off my credit cards and I am now about $14,000 in debt to the credit card companies. I have no income and I cannot work due to my disabilities. I have applied for Social Security and/or SSI but haven't been found eligible yet.**

I declare under penalty of perjury that the foregoing is true and correct.

Patricia Willhausen

Subscribed and sworn to before me this 4th day of October, 2007 in the City of Pawtucket.

Notary Public WENDY CAPY
My Commission Expires: 9/29/11

## ORDER

That the applicant proceed without prepayment of costs or fees or the necessity of giving security therefor.

________________________________
US District Judge

Date: _______