UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DAVID WILLIAMS, MARK WOLENC, PATRICIA WELLHAUSEN, & ERICA SMITH, | ) | CA 07 416 S |
| Plaintiffs | ) | C. A. No. |
| v. | ) | |
| LEE GROSSI, as Acting Secy. of R.I. Executive Office of Health & Human Services & GARY ALEXANDER, as Director, R.I. Dept. of Human Services, | ) | |
| Defendants | ) | |

APPLICATION AND
AFFIDAVIT OF MARK WOLENC IN SUPPORT OF MOTION
TO PROCEED IN FORMA PAUPERIS

I, Mark Wolenc, being duly sworn, depose and say that I am a plaintiff in the above-entitled case; that in support of my motion, I state that because of my poverty, I am unable to pay the filing fees or costs of said proceeding or to give security therefor; that I believe I am entitled to relief; and that the answers I give are true to the best of my belief.

1. Are you presently employed? Yes ( ) No ( X )

a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer.

b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

**I last worked in 2004 on a 6 month job that the Salvation Army assigned me to, supervising maintenance work, and earned about $8/hour. I worked 30-35 hours/week at that job.**

2. Have you received within the past twelve months any money from any of the following sources?

a. Business, profession or form of self-employment? Yes ( ) No ( x )
b. Rent payments, interest or dividend? Yes ( ) No ( x )
c. Pensions, annuities or life insurance payments? Yes ( ) No ( x )
d. Gifts or inheritances? Yes ( ) No ( x )

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

**I have received $100/month from GPA hardship over the past year. However, I haven't gotten that money since June, when I lost my GPA.**

**3. I have been living at Crossroads since 2005 and before that I was homeless for a long time. My rent there is $25/month, but since I have no money, the Providence Intown Church Assn. is paying my rent. I am on food stamps. I 'm trying to get GPA and hardship money back. I have an SSI or SSDI application pending, but no hearing date. I have no valuable assets at all.**

4. Do you own any cash, or do you have money in a check or savings account?

Yes ( ) No ( x ) **I have no bank accounts.**

If the answer is "yes," state the total value of the items owned.

5. Do you own real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?

Yes ( ) No (X)

If the answer is "yes," describe the property and state its approximate value.

6. List the persons who are dependent upon you for support, state your relationship to them and identify amount of support you provide. **NONE**

7. **I need regular medical treatment and medicine for my heart condition and I have no medical coverage at all. The Providence Intown Church Assn. is paying for my heart medicine now that I've lost GPA. also I am able to gt free treatment from R.I. Hospital for my bloodwork until I get GPA again. But I have no money to pay for my other medical treatment and I cannot work due to my disabilities.**

I declare under penalty of perjury that the foregoing ~~is true~~ and correct.

[signature]

Subscribed and sworn to before me this 1st day of November, 2007 in the City of Providence.

[signature]
Notary Public
My Commission Expires: 9/12/09

# ORDER

That the applicant proceed without prepayment of costs or fees or the necessity of giving security therefor.

______________________________
US District Judge

Date: _______