IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID WILLIAMS, MARK WOLENC, PATRICIA WELLHAUSEN, & ERICA SMITH,

Plaintiffs

v.

LEE GROSSI, in his official capacity as Acting Secretary of R.I. Executive Office of Health & Human Services, and GARY ALEXANDER, in his official capacity as Director of R.I. Dept. of Human Services,

Defendants

C.A. No. 07-CV-00416-S-LDA

**EXHIBIT IN SUPPORT OF COMPLAINT**

Attached ("Complaint Exhibit 1") is an exhibit in support of Plaintiffs' Complaint.

Plaintiffs
By their attorney

Gretchen Bath #4038
R.I. Legal Services
56 Pine St.
Providence RI 02903
401-274-2652 x132
FAX: 401-453-0310
email: gbath@rils.org

OMR
Rev. 4/0

RHODE ISLAND
DEPARTMENT OF HUMAN SERVICES

## OFFICE OF MEDICAL REVIEW WORKSHEET

Client's name: David Williams SS#: [redacted]

Address: ______ DOB: [redacted] 59 (48)

Referral: Medical: ✓ Psych: ______ Filing date 6/21/07

Primary Complaint: ______

Medical Sources: MAB Stuart

Medical Consultant Review:
I. Diagnosis: Primary: lumbar disk disease 05
Other: ______

D Elliot visits Dipree 9/05

II. Sequential Evaluation:

- Impairment(s) "NOT SEVERE" (Please give rationale): ______ Stuart
- Impairment(s)" SEVERE" (Complete RFC on reverse).
- Impairment(s) severe but NOT expected to last 12 months.______
- Impairment(s) meeting listings Yes___ Listing#______ No ___
- Impairment(s) equal listing Yes___ Listing#______ No ___
- If yes, please give rationale:______
- Med Voc allowance (voc rule)______

Includes consults only 10/06 Lng # 10/06 Lng managing symptoms + working up to now w/c

III. Evidence is insufficient to determine severity: ✓

IV. Is medical diary necessary? Yes ______ When? ______
No ______

Post Hearing Re-Referral Comments: ______

Medical Consultant Response: ______

12/06 lasting 7/07

Date: 9/6/07

J Hopkins Closed W/C case

COMPLAINT EXHIBIT 1

MEDICAL ASSISTANCE REVIEW TEAM
FUNCTIONAL CAPACITY NOTES

Vocational Issues: Ø

Education: 10th [redacted]

Work Experience: Carpenter & d[redacted]

Language: english

| Related | Yes | No | Not |
|---|---|---|---|
| A. Impairment(s) meet listings? | ☐ | ☐ | ☐ |
| B. Impairment(s) equal listings? | ☐ | ☐ | ☐ |
| C. Impairment expected to last 12 months? | ☐ | ☐ | ☐ |
| D. Client has functional restrictions? | ☐ | ☐ | ☐ |

If YES, Complete 1-4 below: Client is capable:

| | Yes | No | Not |
|---|---|---|---|
| 1. Sedentary work – lift 10 lbs max<10 frequently; Sit 6 hrs, stand at lest 2hrs. In 8-hr day. | ☐ | ☐ | ☐ |
| 2. Light work – lift 10 lbs frequently; 20lbs max; Stand, walk 6hrs/day – sit 6hrs/day. | ☐ | ☐ | ☐ |
| 3. Medium work – lift 25lbs frequently; 50lbs max; Do frequent bending, walk 6hrs/day – sit 6hrs/day. | ☐ | ☐ | ☐ |
| 4. Heavy work – lift 50lbs frequently; 100lbs max; Do frequent bending, walk 6hrs/day – sit 6hrs/day. | ☐ | ☐ | ☐ |

E. Client has mental/emotional limitations.

| | Yes | No | Not |
|---|---|---|---|
| 1. Can understand and remember short and simple instructions. | ☐ | ☐ | ☐ |
| 2. Ability to maintain concentration for 8hrs/day. | ☐ | ☐ | ☐ |
| 3. Ability to accept instructions and respond to criticism from supervisor. | ☐ | ☐ | ☐ |
| 4. Ability to complete normal work week without interruption from psychological symptoms. | ☐ | ☐ | ☐ |

| | Yes | No | Not |
|---|---|---|---|
| If YES to E 1-4, Can client perform Unskilled work? | ☐ | ☐ | ☐ |