**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT COURT OF RHODE ISLAND**

**DAVID WILLIAMS, MARK WOLENC,**
**PATRICIA WELLHAUSEN, AND ERICA SMITH;**

**Plaintiffs**

**v.** **Dkt. No. 07-CV-00416** - S-LDA

**LEE GROSSI, in his official capacity as Acting Secretary of R.I. Executive Office of Health & Human Services; and GARY ALEXANDER, in his official capacity as Director of R.I. Department of Human Services;**

**Defendant(s)**

## MOTION FOR ADMISSION PRO HAC VICE

Plaintiffs DAVID WILLIAMS, MARK WOLENC, PATRICIA WELLHAUSEN, AND ERICA SMITH hereby move that Sarah Somers be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Rhode Island Legal Services
Attorney for Plaintiffs

**By:** /s/ Gretchen Bath
Gretchen Bath #4038
RI Legal Services, 56 Pine Street
Providence, RI 02903
(401) 274-2652
(401) 453-0310 fax

## ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of North Carolina, California and Utah (inactive) and of the following Federal District Court and/or Court of Appeals Bar(s): Northern District of Florida, Eastern District of North Carolina, Eastern District of Wisconsin, District of Delaware, District of Rhode Island, Third Circuit Court of Appeals, Sixth Circuit Court of Appeals, Ninth Circuit Court of Appeals, and my eligibility to practice before those courts has not been restricted in any way.

(2) With the exception described below, I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary

Case 1:07-cv-00416-S-LDA Document 4 Filed 11/19/2007 Page 2 of 3

proceedings pending against me at this time; and I have never had my *pro hac vice* revoked by any court.

I was disbarred from the Navajo Nation Bar in 2002 for failure to pay my bar dues. I had moved from the Navajo Nation to North Carolina and did not receive notification that I was behind in my dues. I later paid my dues, but could not be reinstated unless I took the Bar examination again. Because the bar is only offered once a year in Window Rock, Arizona, it was not possible for me to do this. However, I was later admitted to the North Carolina Bar, and to other federal courts, with their full knowledge of my situation with the Navajo Bar.

(3) I have never been convicted of a serious crime as defined in LR Gen 213(a)(3).

(4) I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months.

(5) I understand my obligation to notify this Court of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purpose of this case I have associated with local counsel identified below, and have read acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Signature of *Pro Hac Vice* Applicant

Sarah Somers

Sarah Somers, NC Bar # 33165

National Health Law Program
211 North Columbia St.
Chapel Hill, NC 27516
tel. # (919) 968-6771 fax # (919) 968-8855

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Gretchen Bath /s/ Gretchen Bath

Gretchen Bath #4038

Rhode Island Legal Services
56 Pine St.
Providence RI 02903
Tel. # (401) 274-2652 x132
Fax # (401)453-0310
gbath@rils.org

**ORDER**

This is motion is hereby Granted.

District Judge WES

Date: 11/21/07