**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **DAVID WILLIAMS, MARK WOLENC, PATRICIA WELLHAUSEN, & ERICA SMITH** | : | |
| | : | **C.A. No. 07-416** |
| **v.** | : | |
| | : | |
| **LEE GROSSI, in his official capacity as Acting Secretary of R.I. Executive Office of Health & Human Services, and GARY ALEXANDER, in his official capacity as Director of R.I. Department of Human Services** | : | |

**ENTRY OF APPEARANCE**

I, Brenda D. Baum, hereby enter my appearance on behalf of Lee Grossi, in his official capacity as Acting Secretary of R.I. Executive Office of Health and Human Services, and Gary Alexander, in his official capacity as Director of R.I. Department of Human Services.

Respectfully Submitted,

PATRICK C. LYNCH
ATTORNEY GENERAL

/s/ Brenda D. Baum

BRENDA D. BAUM (#5184)
Assistant Attorney General
Rhode Island Department of Attorney General
150 South Main Street
Providence, RI 02903-2907
Tel: (401) 274-4400 x 2294
Fax: (401) 222-3016
bbaum@riag.ri.gov

**CERTIFICATION**

I hereby certify that I have electronically mailed the foregoing document on this 17th day of December 2007 to the attorney(s) of record listed below:

**Gretchen M. Bath, Esq.**
gbath@rils.org

/s/ Brenda D. Baum

**CERTIFICATION**

I hereby certify that I have mailed, the foregoing document on this 17th of December 2007 to the attorney(s) of record listed below:

**Sarah Somers**
National Health Law Program
211 North Columbia St
Chapel Hill, NC 27516

/s/ Brenda D. Baum