U.S. Department of Justice
United States Marshals Service

**Date:** 12-11-07
**Initial:** EK

# PROCESS RECEIPT AND RETURN

*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| PLAINTIFF<br>DAVID WILLIAMS et al | COURT CASE NUMBER<br>07-CV-416-S-LDA |
| DEFENDANT<br>LEE GROSSI et al | TYPE OF PROCESS<br>summons & amended complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Gary Alexander, Director, Dept. of Human Services Atty Jacqueline Kelley Rm 207
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
Louis Pasteur Bldg., ~~600 New London Avenue~~ 57 Howard Ave, Cranston, RI 02920 Bldg 57 Howard Ave, Cranston

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Gretchen Bath
R.I. Legal Services, Inc.
56 Pine Street
Providence, RI 02903

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold Fold

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| | | 401-274-2652 | 12/11/07 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 2 | No. 70 | No. 70 | Edward Kawa | 12/11/07 |

I hereby certify and return that I ☐ have personally served , ☑ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*
Jacqueline Kelley atty for State of RI

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

| Date | Time |
|---|---|
| 12/17/07 | 1145 ☑ am ☐ pm |

Signature of U.S. Marshal or Deputy
S Ryan

| Service Fee | Total Mileage Charges including *endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $ 90.00 | $ 9.70 | | $ 99.70 | | $0.00 |

REMARKS: 1 End 12/14 out of office at meeting. Note Above Address for Service
1 End 12/17 @ 1145 hrs
Total - 2 End, 20 miles, 1 DUSM 2 hrs

2007 DEC 11 A 11:50 RECEIVED U.S. DISTRICT COURT

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00