IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| DAVID WILLIAMS, MARK WOLENC, PATRICIA WELLHAUSEN, & ERICA SMITH, | ) |
| Plaintiffs | ) C.A. No. 07-CV-00416-S-LDA |
| v. | ) |
| LEE GROSSI, in his official capacity as Acting Secretary of R.I. Executive Office of Health & Human Services, and GARY ALEXANDER, in his official capacity as Director of R.I. Dept. of Human Services, | ) |
| Defendants | ) |

**CERTIFICATE OF SERVICE**

I certify that I served Defendants with a copy of Plaintiffs' Request for Admissions by hand-delivering same to Brenda D. Baum, Asst. Attorney General, R.I. Dept. of Atty. General, 150 South Main St., Providence RI 02903 and mailing same to Jacqueline Kelley, Asst. Director, DHS, 600 New London Ave., Cranston RI 02920 this 10th day of March 2008.

/s/ Gretchen Bath #4038
R.I. Legal Services
56 Pine St.
Providence RI 02903
401-274-2652 x132
fax: 401-453-0310
email: gbath@rils.org