IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID WILLIAMS, MARK WOLENC, )
PATRICIA WELLHAUSEN, & ERICA SMITH, )
)
Plaintiffs )
) C.A. No. 07-CV-00416-S-LDA
v. )
)
LEE GROSSI, in his official capacity as )
Acting Secretary of R.I. Executive )
Office of Health & Human Services, )
and GARY ALEXANDER, in his official )
capacity as Director of R.I. Dept. of )
Human Services, )
Defendants )

**CERTIFICATE OF SERVICE**

I certify that I served Defendants with a copy of Plaintiffs' Interrogatories to Defendants by mailing same to Brenda D. Baum, Asst. Attorney General, 150 So. Main St., Providence RI 02903 and Jacqueline Kelley, Asst. Director. R.I. Dept. of Human Services, 600 New London Ave., Cranston RI 02920 this 25th day of March 2008.

Josie Dwyer