**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **DAVID WILLIAMS, MARK WOLENC, PATRICIA WELLHAUSEN, & ERICA SMITH** | : | |
| | : | **C.A. No. 07-416** |
| **v.** | : | |
| | : | |
| **LEE GROSSI, in his official capacity as Acting Secretary of R.I. Executive Office of Health & Human Services, and GARY ALEXANDER, in his official capacity as Director of R.I. Department of Human Services** | : | |

**MOTION TO EXTEND THE TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' REQUEST FOR ADMISSIONS**

Now come the Defendants, Lee Grossi, in his official capacity as Acting Secretary of R.I. Executive Office of Health and Human Services, and Gary Alexander, in his official capacity as Director of R.I. Department of Human Services, and file this Motion for an Extension of Time of fourteen (14) days or up until April 22, 2008 to respond to Plaintiffs' Requests for Admissions. The Plaintiffs' have propounded 250 admissions, many which include subparts. Plaintiffs' counsel has no objection to this motion.

Wherefore, Defendants pray that this Motion is granted.

Respectfully Submitted,
DEFENDANTS
By their Attorney
PATRICK C. LYNCH
ATTORNEY GENERAL

/s/ Brenda D. Baum

BRENDA D. BAUM (#5184)
Assistant Attorney General
Rhode Island Department of Attorney General
150 South Main Street
Providence, RI 02903-2907
Tel: (401) 274-4400 x 2294
Fax: (401) 222-3016
bbaum@riag.ri.gov

PDF created with pdfFactory trial version www.pdffactory.com

**CERTIFICATION**

I hereby certify that I have electronically mailed the foregoing document on this 3rd day of April 2008 to the attorney(s) of record listed below:

**Attorney Gretchen M. Bath**
gbath@rils.org

/s/ Brenda D. Baum

**CERTIFICATION**

I hereby certify that I have mailed, the foregoing document on this 3rd of April 2008 to the attorney(s) of record listed below:

**Attorney Sarah Somers**
National Health Law Program
211 North Columbia St
Chapel Hill, NC 27516

/s/ Brenda D. Baum

PDF created with pdfFactory trial version www.pdffactory.com