**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **DAVID WILLIAMS, MARK WOLENC, PATRICIA WELLHAUSEN, & ERICA SMITH** | : | |
| | : | **C.A. No. 07-416** |
| **v.** | : | |
| | : | |
| **LEE GROSSI, in his official capacity as Acting Secretary of R.I. Executive Office of Health & Human Services, and GARY ALEXANDER, in his official capacity as Director of R.I. Department of Human Services** | : | |

**ASSENTED TO MOTION TO EXTEND THE TIME FOR DEFENDANTS TO FILE THEIR OBJECTION TO PLAINTIFFS' MOTION TO COMPEL DISCOVERY**

Now come the Defendants, Lee Grossi, in his official capacity as Acting Secretary of R.I. Executive Office of Health and Human Services, and Gary Alexander, in his official capacity as Director of R.I. Department of Human Services, and file this Motion for an Extension of Time of five days or up until June 11, 2008 to file their Objection to Plaintiffs' Motion to Compel answers to interrogatories, request for production of documents and to determine the sufficiency of responses to admissions. The Plaintiffs have no objection to the extension.

Wherefore, Defendants pray that this Motion is granted.

Respectfully Submitted,
DEFENDANTS
By their Attorney
PATRICK C. LYNCH
ATTORNEY GENERAL

/s/ Brenda D. Baum
BRENDA D. BAUM (#5184)
Assistant Attorney General
Rhode Island Department of Attorney General
150 South Main Street
Providence, RI 02903-2907
Tel: (401) 274-4400 x 2294
Fax: (401) 222-3016

PDF created with pdfFactory trial version www.pdffactory.com

CERTIFICATION

I hereby certify that I have electronically mailed the foregoing document on this 5th day of June 2008 to the attorney(s) of record listed below:

**Attorney Gretchen M. Bath**
gbath@rils.org

**Attorney Sarah Somers**
somers@healthlaw.org

/s/ Brenda D. Baum

PDF created with pdfFactory trial version www.pdffactory.com